# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 25, 2019

## NO. 03-17-00523-CV

**Walter Zawislak, MD, Appellant**

**v.**

**Texas Medical Board, Appellee**

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND KELLY
AFFIRMED—OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the order signed by the district court on July 12, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's order. Therefore, the Court affirms the district court's order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.